**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2426**

SHERI DANIEL,

              Plaintiff - Appellant,

        v.

WELLS FARGO BANK, N.A.; BANK OF AMERICA, NA; U.S. BANK,
N.A., As SUCCESSOR TRUSTEE to BANK OF AMERICA, N.A.
(SUCCESSOR BY MERGER TO LASALLE BANK N.A.) As TRUSTEE FOR
MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11.; BWW LAW GROUP,
LLC; EQUITY TRUSTEES, LLC; GEMINI TITLE & ESCROW, LLC, d/b/a
Gemini Title Reo, LLC, d/b/a Parker, Simon, Kokolis, LLC;
TUTT, TAYLOR & RANKIN, LLC, d/b/a Sotheby's International
Realty, LLC, Jeremy Browne, Salesperson/Realtor; FAHMEY
ABDELATEY,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:13-cv-00612-GBL-IDD)

Submitted:  April 29, 2014              Decided:  May 9, 2014

Before SHEDD and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sheri Daniel, Appellant Pro Se.    Amy Sanborn Owen,
BRIGLIAHUNDLEY, PC, Fairfax, Virginia; Thomas Jonathan Kokolis,
PARKER SIMON & KOKOLIS LLC, Rockville, Maryland; Mikhael David

Charnoff, PERRY CHARNOFF PLLC, Arlington, Virginia; Christopher Clayton Nolan, NOLAN, MROZ & MCCORMICK, Vienna, Virginia, for Appellees.

––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheri Daniel appeals the district court's order dismissing, pursuant to Federal Rule of Civil Procedure 12(b)(6), her state-law claims of fraud, intentional infliction of emotional distress, unjust enrichment, and quiet title. She also appeals the denial of her motion for leave to file a second amended complaint.

We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3